**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THEODORA MORRIS

       Plaintiff,

     v.

NANCY A. BERRYHILL,[1]
Commissioner of Social Security,

       Defendant.

Case No. 5:17-cv-00034-SK

**JUDGMENT**

    It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: January 22, 2018

_____

HON. STEVE KIM
U.S. MAGISTRATE JUDGE

---

[1] Nancy Berryhill, the current Commissioner, is substituted as Defendant for former Acting Commissioner Carolyn W. Colvin.  42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).